HUNTER ET AL. *v.* CITY OF DAYTON, APPELLEE, ET AL.; STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLANT.

[Cite as *Hunter v. Dayton,* 119 Ohio St.3d 35, 2008-Ohio-3513.]

(Nos. 2007–0815 and 2007–0816—Submitted
June 4, 2008—Decided July 17, 2008.)

{¶ 1} The certified question is answered in the affirmative, and the judgment of
the court of appeals is reversed and judgment is entered in favor of appellant, on
the authority of *Rogers v. Dayton,* 118 Ohio St.3d 299, 2008-Ohio-2336, 888
N.E.2d 1081.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and
CUPP, JJ., concur.

LANZINGER, J., dissents.

Patrick J. Bonfield, Dayton Law Director, John J. Danish, Deputy Law
Director, and Shanon M. Potts, Assistant City Attorney, for appellee.

Gallagher, Gams, Pryor, Tallan & Littrell, L.L.P., and Mark H. Gams, for
appellant.